996 A.2d 446

IN THE MATTER OF MARK A. BAILEY,
AN ATTORNEY AT LAW.

May 26, 2010.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARK A. BAILEY** of **NEWARK,** who was admitted to the bar of this State in 2003, and who was suspended from the practice of law for a period of six months effective November 6, 2009, by Order of this Court filed October 7, 2009, be restored to the practice of law, effective immediately.